THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 

 
 
 
The State,                                                   
 Respondent,
 
 
 

v.

 
 
 
Barry Barrentine,                                        
 Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-166
Submitted January 29, 2004  Filed March 15, 2004

VACATED

 
 
 
Chief Attorney Daniel T. Stacey, SC Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Charles M. Condon, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Attorney General W. Rutledge Martin, all 
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

 PER CURIAM:  Barry Barrentine 
 appeals his conviction and sentence for second-degree criminal sexual conduct 
 with a minor.  It resulted from a guilty plea upon an indictment that 
 charged him with first-degree criminal sexual conduct with a minor, allegedly 
 a seven-year-old female.  Barrentine contends the trial court lacked jurisdiction 
 to accept that plea because second-degree criminal sexual conduct with a minor 
 [1] is not a lesser-included offense of first-degree criminal sexual 
 conduct with a minor. [2]  We agree. [3]   
 Cohen v. State, 354 S.C. 563, 582 S.E.2d 403 (2003).
VACATED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., 
 concur.

 
 [1] S.C. Code Ann. § 16-3-655(2) (2003) 
 defines second-degree criminal sexual conduct with a minor as a sexual battery 
 with a victim who is fourteen years of age or less but who is at least eleven 
 years of age.

 
 [2] S.C. Code Ann. § 16-3-655(1) (2003) 
 defines first-degree criminal sexual conduct with a minor as a sexual battery 
 with [a] victim who is less than eleven years of age.

 
 [3] We decide this case without oral argument 
 pursuant to Rule 215, SCACR.